# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**
- City: Fort Belvoir, VA
- County:

- Under Seal: ☐
- Superseding Indictment:
- Same Defendant:
- Magistrate Judge Case No.:
- Search Warrant Case No.:

- Judge Assigned: Trenga
- Criminal No.: 1:20-CR- 270
- New Defendant: X
- Arraignment Date:
- R. 20/R. 40 From:

**Defendant Information:**
- Defendant Name: Christian Yanez
- Alias(es):
- Juvenile ☐   FBI No.:
- Address: XXXXX Lynn Street, Apt. X, Woodbridge, VA XXXXX
- Employment:
- Birth Date: XX/XX/1996
- SSN: XXX-XX-9609
- Sex: Male
- Race:
- Nationality:
- Place of Birth:
- Height:
- Weight:
- Hair:
- Eyes:
- Scars/Tattoos:
- Interpreter ☐  Language/Dialect:
- Auto Description:

**Location/Status:**
- Arrest Date:
- Already in Federal Custody as of: ☐   in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☒ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

**Defense Counsel Information:**
- Name:
- ☐ Court Appointed
- Counsel Conflicts:
- Address:
- ☐ Retained
- Phone:
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**
- AUSA(s): Patricia Haynes
- Phone: 703-299-3724
- Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**
Jared Lyons, U.S. Army CID, Fort Belvoir, Virginia, 703-806-3794.

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §13 | Unlawful Creation of the Image of A[?] | 1, 3, 5, 7, 9, 11, 13, 15 | Felony |
| Set 2: | 18 U.S.C. §1801 | Video Voyeurism | 2, 4, 6, 8, 10, 12, 14, 16 | Felony |

Date: 12/01/2020   AUSA Signature: *Patricia Haynes*

*may be continued on reverse*