# UNITED STATES DISTRICT COURT
# REMOTE ARRAIGNMENT MINUTES

Date**: 12/9/2020**  
Time: **3:31-3:37**

Case No.**:** **1:20-CR-270**  
Judge**:** **Hon. Anthony J. Trenga**  
Reporter **:** **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**  
Interpreter**:**  
Language**:**

**UNITED STATES of AMERICA**

V.

**CHRISTIAN YANEZ**

Counsel for Defendant  
**Patrick Anderson**

Counsel for Government  
**Patricia Haynes**  
**Sean Rowland**

**Parties appeared:**  
[ ] In person          [ ] Through VTC          [**X**] Via Zoom

**PROCEEDINGS:**

_____    Defendant is arraigned and specifically advised of rights.

__**X**__    Defendant waived reading of Indictment – WFA, PNG

_____    Indictment/Information read

MOTIONS TO BE FILED BY **2/10/2021** w/ARGUMENT ON **3/3/2021 at 9:30 a.m.**  
CASE CONTINUED TO **3/16/2021 at 10:00 a.m. FOR JURY TRIAL**

[ ]  Agreed Discovery Order entered.

Defendant: [ ] Remanded      [ ] Continued on Bond     [**X**] Released on Bond  
Bond set at $     [ ] Unsecured     [ ] Surety    [**X**] Personal Recognizance